PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DENNIS WILSON, | ) |
| | ) CASE NO. 5:20-CV-1559 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| GROLAWN, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) **ORDER OF DISMISSAL** |

Plaintiff Dennis Wilson has notified the Court that he voluntarily dismisses this action without prejudice. ECF No. 5. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the matter is dismissed without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
| September 9, 2020 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |